UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:23-mj-02033 |
| JOSIAH ERNESTO GARCIA, | ) |
| Defendant. | ) |

## ORDER

A hearing on Government's Emergency Motion to Stay Release Order (Doc. No. 11) will be held on **April 20, 2023** at 10:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE