| | |
|---|---|
| **From:** | Josiah Garcia |
| **To:** | dennis_mccafferty@ohsp.uscourts.gov; David Fletcher |
| **Subject:** | Fwd: Magna Offer |
| **Date:** | Thursday, May 18, 2023 9:23:34 AM |

EXTERNAL SENDER

Everything is good to go with Magna

---------- Forwarded message ---------
From: **Ailes, Jennifer** <Jennifer.Ailes@magna.com>
Date: Thu, May 18, 2023 at 10:05 AM
Subject: Magna Offer
To: jernesto.garcia01@gmail.com <jernesto.garcia01@gmail.com>

Hello Josiah

Everything is good to go. You can start on Monday 5/22. You will be working 2nd shift, hours of 3p – 11p. When you arrive on Monday please come to HR.

Thank you

**Jennifer Ailes**

Assistant HR Manager

Magna Seating of America, Inc.

**Magna Seating Columbus**

747 Mill Park Dr, Lancaster, Ohio 43130

OFFICE +740-918-8500,8461

MOBILE +740-564-2200

jennifer.ailes@magna.com

The contents of this e-mail and any attachments are intended for the named addressee only and may be

confidential, privileged or otherwise exempt from disclosure. Unless you are the named addressee or are

authorized to receive the e-mail of the named addressee you may not disclose, use or copy the contents of the

e-mail. If you received the e-mail in error, please contact the sender immediately and then delete the e-mail. Magna International does not accept responsibility for this message and any views or opinions contained in this e-mail are solely those of the author unless expressly stated otherwise.