

# NEW HORIZONS
## MENTAL HEALTH SERVICES

### Assessment Summary

Client Name: __Josiah Garcia__

Date Completed: __5/3/2023__

**Assessment Type:**
- ☒ Diagnostic Assessment
- ☐ Substance Abuse Assessment
- ☐ ASAM

Level of Care (SUD only): __NA__

**Are further services recommended?** ☐ Yes ☐ No

- ☒ Outpatient MH Counseling
- ☐ Outpatient SUD Counseling-
- ☐ Psychiatric Services
- ☐ CPST/Case Management
- ☐ Peer Support
- ☐ Supported Employment
- ☐ SUD MAT Services
- ☐ SUD IOP
- ☐ Thinking for A Change

Other: __NA__

Next Appointment If Scheduled: __NA__

Comments: __Clt came in for dx assessment. Clt will be referred for counseling, but will have to wait for a counseling.__

| ☐ | ☐ | ☐ | ☐ | ☒ |
|---|---|---|---|---|
| 230 N. Columbus St. Ste. 2 | 437 Hill Road North | 2652 Kull Rd. | 2680 & 2660 Kull Rd. | 1550 Sheridan Dr Ste. 202 |
| Lancaster, Ohio 43130 | Pickerington, Ohio 43147 | Lancaster, Ohio 43130 | Lancaster, Ohio 43130 | Lancaster, Ohio 43130 |
| p-740.901.3150 | p-614.834.1919 | p- 740.277.6733 | p-740-277-6166 | p-740-808-8371 |
| f-740.808.8172 | f-614.834.1920 | f- 740.277.7020 | f- 740-277-6700 | f- 740-785-4924 |

Report Completed by: __Stacey Hunfworth LISW__