UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cr-00081 ) |
| JOSIAH ERNESTO GARCIA, | ) ) |
| Defendant. | ) ) |

### ORDER

The status conference set for December 7, 2023, is CANCELLED. The parties shall file a status report reporting on Defendant's review of discovery, whether Defendant's communication with his counsel are effective, any anticipated pretrial motions, whether the government will engage in non-trial resolution, whether there are any impediments to trial and any other issues that should be brought to the Court's attention, by **December 7, 2023.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE