UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:23-cr-00081 |
| ) | |
| JOSIAH ERNESTO GARCIA ) | |
| ) | |
| Defendant. ) | |

## ORDER

A status conference is set for **March 19, 2024,** at 1:30 pm.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE