UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | No. 3:23-cr-00081 |
| JOSIAH ERNESTO GARCIA | ) ) ) |  |
| Defendant. | ) |  |

**ORDER**

Defendant's Motion to Excuse Appearance (Doc. No. 77) is **GRANTED**.

The status conference set for March 19, 2024, is CANCELLED. The next status conference is **April 29, 2024,** at 10:30 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE