> Motion (82) is **GRANTED**. Josiah Garcia is permitted to access and attend Zoom meetings for his employment.
>
> /s/ Waverly D. Crenshaw, Jr.
> US District Judge

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | Case No. 3:23-00081 |
| v. ) | JUDGE CRENSHAW |
| ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| ) | |
| **JOSIAH ERNESTO GARCIA** ) | |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(3), the Court may amend the release order to impose different conditions of release at any time. Through undersigned counsel, Josiah Garcia respectfully moves this Honorable Court to modify the conditions set in the Court's April 28, 2023, release order. (See D.E. #29). Specifically, Mr. Garcia requests the Court modify condition "t" restricting use of internet for employment purposes only. For the reasons set forth below, Mr. Garcia seeks to modify the conditions of his release.

Since the Court released Mr. Garcia, his compliance has been perfect. He obtained a job shortly after his release and has remained in this position since May. He complied with his home detention order and has also refrained from using the internet. Mr. Garcia was subsequently laid off from his job at Magna. He was very persistent in searching for other jobs afterwards. Recently, Mr. Garcia was hired as an appointment setter by G3 Solar company. This job requires the employee to "canvass neighborhoods in the area, set appointments for homeowners to receive solar energy alternatives, and meet via zoom 2-3 times a week." Though this Court previously set as a condition that "defendant may access internet for employment purposes only with prior approval by Pretrial Services" (D.E. 29), Mr. Garcia has not been given approval to attend zoom meetings without court