UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:23-cr-00081 |
| | ) | |
| JOSIAH ERNESTO GARCIA | ) | |

## ORDER

On April 29, 2024, the Court held a status conference during which it confirmed the trial date and all related pretrial deadlines set forth in its Order to Continue (Doc. No. 71) with the parties. On the record, the parties acknowledged and indicated they are able to meet these deadlines, and stated that they anticipate the trial will last three days.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE