UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
| :--- | :--- |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cr-00081 ) |
| JOSIAH ERNESTO GARCIA, | ) ) |
| Defendant. | ) |

### ORDER

Josiah Ernesto Garcia's Motion to Strike Alias from Indictment (Doc. No. 85) is **GRANTED**. United States v. Wilkerson, 456 F. 2d 57, 59 (6th Cir. 1972).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE