UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:23-cr-00081 |
| | ) | |
| | ) | Judge Crenshaw |
| JOSIAH ERNESTO GARCIA | ) | |

## PARTIES' JOINT STATEMENT OF THE CASE

COMES NOW the United States of America, by and through Henry C. Leventis, United States Attorney, and the undersigned Assistant United States Attorney, Brooke K. Schiferle, and the Defendant, Josiah Ernesto Garcia, by and through defense counsel, David Fletcher, and makes the following Joint Statement of the Case.

The Defendant is charged with using interstate commerce facilities with the intent to commit a murder for hire. The events took place between February 16, 2023, and April 12, 2023, in the Middle District of Tennessee. On February 16, 2023, the defendant submitted an online inquiry to a website, www.rentahitman.com where he indicated his interest in a job. Over the next month, the defendant and the owner of the website communicated regarding the defendant's interest in employment. Because the owner of the website became concerned about a significant public and military safety risk by the defendant, on February 23, 2023, the website owner referred this matter to federal authorities.

On April 5, 2023, an undercover FBI agent contacted the defendant and, on multiple occasions over the next few weeks, portrayed himself to the defendant as someone looking to hire the defendant to commit contract killings. On April 12, 2023, the defendant met the undercover FBI agent in a park, where the undercover FBI agent provided the defendant with a "target package" of a purported victim. The undercover FBI agent provided the defendant with $2,500 in cash up front and the parties agreed that the additional $2,500 would be provided in one week after the defendant committed the murder.

Immediately after leaving this meeting with the FBI undercover agent, federal law enforcement officers arrested the defendant. Law enforcement then obtained consent from the defendant and his family to search the defendant's bedroom, where agents found an AR-15 style rifle that the defendant legally owned. Law enforcement also obtained search warrants for the defendant's cell phone and laptop computer where they discovered evidence of his communications with rentahitman.com.

The defendant strongly denies that he committed the charged offense named in the indictment.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By:    *s/ Brooke K. Schiferle*
BROOKE K. SCHIFERLE
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151

HENRY MARTIN
Federal Public Defender

By:    */s/ David Fletcher*
DAVID FLETCHER
Attorney for the Defendant
810 Broadway, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 736-5265

2