UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:23-cr-00081 |
| | ) | JUDGE CRENSHAW |
| JOSIAH GARCIA | ) | |

## MOTION TO SET HEARING FOR CHANGE OF PLEA

Comes now, Josiah Garcia through counsel, and hereby notifies this Honorable Court of his intent to change his plea in this case. Mr. Garcia has decided to change his plea of not guilty to a plea of guilty pursuant to an agreement with the government. It is the intention of the parties to present the Court with that agreement and plea petition.

This case is currently set for trial on October 1, 2024, at 9:00 a.m. Mr. Garcia requests the Court grant this motion and set the change of plea hearing a date convenient to the Court.

Respectfully submitted,

/s/ *David K. Fletcher*
DAVID K. FLETCHER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_fletcher@fd.org

Attorney for Josiah Garcia

2

## CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2024, I electronically filed the foregoing *Motion to Set Hearing for Change of Plea* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Brooke Schiferle, Assistant United States Attorney, 719 Church St., Suite 3300, Nashville, TN 37203.

      /s/ *David K. Fletcher*
      DAVID K. FLETCHER