# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:23-cr-00081 |
| JOSIAH ERNESTO GARCIA, | ) |
| Defendant. | ) |

## ORDER

A change of plea hearing was held on **September 20, 2024.** For the reasons stated on the record, the plea petition is approved.

The sentencing hearing in this case is set for **February 7, 2025,** at 1:00 p.m. The Defendant shall remain on his current conditions of release pending further order of the Court. The Defendant shall attend all Court hearings in this case.

All sentencing memoranda and motions for a departure or pursuant to United States v. Booker, 125 S.Ct. 738 (2005) must be filed **at least ten (10) days** before the sentencing hearing. Each party shall file a sentencing memorandum regardless of whether there is a plea agreement or an agreement as to a sentence recommendation, or whether they seek a sentencing within or outside the Guidelines range. The sentencing memorandum shall contain a discussion of each of the sentencing factors in 18 U.S.C. § 3553(a).

In accordance with LCrR 32.01(c), **at least ten (10) days** before the sentencing hearing the parties shall also file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no

objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

The documents and deadlines in this Order are mandatory, not optional, and shall be filed timely. The Court needs these documents in a timely fashion to adequately prepare for the sentencing hearing. Failure to comply with this Order may result in further action by the Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE