UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:23-cr-00081 |
| v. | ) | |
| | ) | Judge Crenshaw |
| JOSIAH GARCIA | ) | |

## POSITION OF THE UNITED STATES REGARDING THE PRESENTENCE REPORT

In accordance with LCrR 32.01(c), the United States submits its position in this case with respect to sentencing factors.

The United States has no objections to the Revised Pre-Sentence Report dated January 24, 2025.

The undersigned provided a copy of this Position to the United States Probation Office.

        Respectfully submitted,

        ROBERT E. MCGUIRE
        Acting United States Attorney
        Middle District of Tennessee

        **s/ Brooke K. Schiferle**
        Brooke K. Schiferle
        Assistant United States Attorney
        719 Church Street
        Nashville, Tennessee 37203
        Telephone: (615) 736-5151

## CERTIFICATE OF SERVICE

      I hereby certify that on February 18, 2025, a true and correct copy of *The United States' Sentencing Position* will be served electronically to counsel for defendant by using the CM/ECF system.

      **s/Brooke K. Schiferle**
Brooke K. Schiferle
Assistant United States Attorney

2