UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cr-00081 |
| | ) |
| JOSIAH ERNESTO GARCIA | ) |
| | ) |
| Defendant. | ) |

# ORDER

The Court has reviewed the parties' respective filings in preparation for sentencing. However, the Court needs further information before it can proceed with sentencing. Accordingly, the sentencing set on February 28, 2025, is CANCELLED and no later than **March 22, 2025**, the parties shall provide the following:

1. Reports on Defendant's interview with FBI Agent Stephen Hunter.

2. Education records and status at Saint Joseph's College. Presentence Report ¶¶ 56 and 57.

3. Education records and status at Liberty University. Presentence Report ¶¶ 57 and 58.

4. Defendant shall file under seal the medical records referenced in Paragraphs 49 and 50 of the Presentence Report.

5. Defendant shall obtain and file on the docket, under seal, Defendant's report to the Air National Guard that he was sexually assaulted by a coworker and, if possible, what, if any, action was taken against that coworker.

6. The Defendant shall obtain and file on the docket, under seal, records reflecting

that Defendant's mother lost custody of Defendant's sisters, and why she lost custody and what, if any, penalty she received. Bob Stinson Report at 12 and 13.

7. The Defendant shall obtain and file on the docket Defendant's application for a VA loan and the status on his application. Stinson Report at 15.

8. The Defendant shall obtain and file on the docket, under seal, all records reflecting that Defendant is currently or has received mental health counseling in 2023, 2024 and to date in 2025.

9. The Defendant shall obtain and file on the docket, documentation on if and when Defendant's active-duty status was terminated.

Finally, on or before **March 22, 2025**, the parties shall offer three dates and times for sentencing on dates that FBI Agent Stephen Hunter and Defendant's sister, Heather Naomi Diaz can be present to testify.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE