UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:23-cr-00081 |
| | ) | |
| | ) | Judge Waverly D. Crenshaw, Jr. |
| JOSIAH ERNESTO GARCIA | ) | |

## NOTICE OF AVAILABILITY

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, Nani M. Gilkerson, to give notice, pursuant to this Court's Order dated February 24, 2025 (DE #153), of dates of availability for undersigned counsel, Special Agent Hunter, defense counsel, and defendant's sister, for rescheduling defendant's sentencing hearing. Everyone is available anytime on April 21, 22, 23, 24, and 25.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney

By: *s/ Nani Gilkerson*
NANI M. GILKERSON
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: 615-736-5151