UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:23-00081 |
| ) | JUDGE CRENSHAW |
| JOSIAH ERNESTO GARCIA ) | |

### STATUS REPORT

As directed by the Court (D.E. #153), the parties provide the following update:

1. Certification of Enrollment from St. Joseph's College. (Ex. A) Mr. Garcia is no longer enrolled at St. Joseph's. He decided to switch schools.

2. Mr. Garcia spoke with counsel and made counsel aware that he is planning to transfer to the University of Toledo instead of Liberty University. He is currently awaiting a decision for Summer, 2025 admission. (Ex. B)

3. Records from Community for New Direction, Columbus, Ohio. (Ex. C)

4. Court Diagnostics and Treatment Center, Toledo, Ohio. (Ex. D) He is still currently receiving treatment at this location.

5. Counsel is still awaiting documentation from the Air National Guard, but the defense team has spoken with representatives from the Air National Guard and have been informed that Mr. Garcia will no longer be apart of the Air National Guard.

Respectfully submitted,

s/ *David Fletcher*
DAVID FLETCHER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-695-6951
David_fletcher@fd.org
Attorney for Josiah Garcia

## CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2025, I electronically filed the foregoing *Position Statement* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Brooke Schiferle, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

                                            /s/ *David K. Fletcher*
                                            DAVID K. FLETCHER