

March 10, 2025

# CERTIFICATE OF ENROLLMENT

**Student Name**: Josiah Garcia

**SS#: XXX-XX-0768**

**Dates of Enrollment: 08/07/2024 – 10/15/2025**

**Degree Program: Bachelor of Arts – Theological Studies**

This letter is to verify the student above student was enrolled **full-time** for the indicated enrollment period dates list for Saint Joseph's College of Maine.

If you should have any questions regarding this information, feel free to contact me at 207-893-7799.

_Lisa Trueworthy_
Lisa Trueworthy
Assistant Registrar

Saint Joseph's College of Maine
278 Whites Bridge Road
Standish, Maine 04084
sjcme.edu