| | |
|---|---|
| **From:** | David Fletcher |
| **To:** | Asia McGauley |
| **Subject:** | FW: Thank you for submitting your UToledo application! |
| **Date:** | Friday, March 21, 2025 2:58:29 PM |

Please print and save.

**From:** Josiah Garcia <jernesto.garcia01@gmail.com>
**Sent:** Wednesday, February 26, 2025 12:23 PM
**To:** David Fletcher <David_Fletcher@fd.org>
**Subject:** Fwd: Thank you for submitting your UToledo application!

> You don't often get email from jernesto.garcia01@gmail.com. Learn why this is important
>
> **EXTERNAL SENDER**

---------- Forwarded message ---------
From: **UToledo Admissions** <enroll@utoledo.edu>
Date: Tue, Feb 18, 2025, 1:17 PM
Subject: Thank you for submitting your UToledo application!
To: <jernesto.garcia01@gmail.com>



You did it! You submitted your UToledo application for Summer 2025.

The next step is to submit your official high school transcript. Processing your transcript may take up to 10 days, so the sooner you can submit it, the better.

Contact your high school counselor to request an official transcript. Please have them email your transcripts to your admission counselor, Adam Kauffman, at adam.kauffman@utoledo.edu or postal mail to:

    Office of Undergraduate Admission
    The University of Toledo
    Mail Stop 338
    2801 W. Bancroft St.

Toledo, OH 43606-3390

After we receive your current high school transcript, we can get started on evaluating your application for admission.

Questions? Let us know!

Go Rockets!

**The Office of Undergraduate Admission**
The University of Toledo
Call: 419.530.8888
Text: 419.329.4567
Email: enroll@utoledo.edu

In continuance of The University of Toledo's commitment to safety and security, and in compliance with the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act, please familiarize yourself with the Annual Security Report, detailed below. This report is a summation of the crime statistics for all of UToledo's campuses for the past three years. The current report is available here. Paper copies are available upon request. Please e-mail CleryActCompliance@UToledo.edu to request a copy.



| | | |
|---|---|---|
| | UToledo Admissions | Call: 419.530.8888 |
| | 2801 W. Bancroft Street | Text: 419.329.4567 |
| | Toledo, OH 43606 | Email: enroll@utoledo.edu |

  

| | |
|---|---|
| **From:** | David Fletcher |
| **To:** | Asia McGauley |
| **Subject:** | FW: Reminder: UToledo needs additional documents to review your application! |
| **Date:** | Friday, March 21, 2025 2:58:58 PM |

Please print and save into the same, single document as the last email.

**From:** Josiah Garcia <jernesto.garcia01@gmail.com>
**Sent:** Wednesday, February 26, 2025 12:23 PM
**To:** David Fletcher <David_Fletcher@fd.org>
**Subject:** Fwd: Reminder: UToledo needs additional documents to review your application!

You don't often get email from jernesto.garcia01@gmail.com. Learn why this is important

**EXTERNAL SENDER**

---------- Forwarded message ---------
From: **UToledo Admissions** <transferadmission@utoledo.edu>
Date: Mon, Feb 24, 2025, 12:02 PM
Subject: Reminder: UToledo needs additional documents to review your application!
To: <jernesto.garcia01@gmail.com>



Hi Josi!

This is a friendly reminder to request the following documents be sent to UToledo. Once received, we will be able to review your application for admission.

  **Transcript (Official): Saint Joseph's College of Maine**

If you want to stay up-to-date on your missing application documents, log into your New Rocket Portal to review the status of your application completion. If you have already requested these records, please disregard this e-mail. It can take a few days to process these documents and it could have crossed paths with this e-mail.

If you have any questions about the status of your application, let me know.

# New Rocket Portal

Thank you,

**Melissa Couture**
Senior Transfer Specialist
Office of Undergraduate Admission
Call: 419.530.4011
Text: 419.386.2137
Email: melissa.couture@utoledo.edu



UToledo Admissions

2801 W. Bancroft Street

Toledo, OH 43606

Call: 419.530.8888

Text: 419.329.4567

transferadmission@utoledo.edu

  

This email was sent to jernesto.garcia01@gmail.com by UToledo Admissions.
Unsubscribe from The University of Toledo.