# Fax

| | |
|---|---|
| **To:** 16157365265 | **From:** Chelsea VanCuren |
| **Fax:** 1-615-736-5265 | **Date:** Jun 26, 2023 10:02 AM |

**Subject: Records for J. Garcia**

Attached please find the records for Mr. J Garcia.

Thank you, Chelsea

*Chelsea N VanCuren*
*Referral and Intake Specialist*
*Community for New Direction (CND)*
1000 Atcheson St Columbus, Ohio 43203
Phone: 614-252-4941 X31
Cell: 614-561-2753
Fax: 1-855-908-2509

Changing Lives, Changing Communities.

CND - Individual Progress Note - CND

## Session Information

| | |
|---|---|
| **Client:** | Garcia, Josiah (59367) 8/20/2001 |
| **Staff:** | Patterson, Mitchell (58626) |
| **Service Date/Time:** | 6/20/2023 10:00 AM - 11:00 AM |
| **Client Program:** | Pretrial (CNDPRE) |
| **Activity:** | MH Individual Counseling (MHIND) |
| **Organization:** | CND |
| **Service Location:** | 11 - Office |

## Individual Progress Note

**Present at Session:**
- ● Client Present
- ○ Client No Show/Cancelled
- ○ Client and Others Present
- ○ Coordination of services
- ○ Only Others Present

## Discuss progress towards goals and objectives including summary of what occurred in the session

**Data:** If none, enter None Reported.
Client reported to the individual treatment session on time, alert, dressed appropriately, and presented that he felt some anxiety at this time. Client reported that he was anxious due to his first meeting with counselor at CND. Client states that he is currently working a lot of overtime and enjoys the work that he does "Manufacturing".

**Action:** If none, enter None Reported.
Counselor utilized open questions, affirmations, reflective listening and summary reflections. Counselor utilized MI to assist in engagement with Client and to build rapport. Counselor provided feedback and support, answered questions and assisted client with identifying three coping skills for anxiety and stress.

**Response:** Client actively engaged in the individual treatment session at this time. Client was able to identify goals and coping skills. Client reported that he is interested in attending college at this time. "Film production"

**Level of Functioning:** Unchanged

**Progress Rating:** Some Progress

**Goals for Next Session:** Discuss coping skills, counselor will build rapport, assist client with identifying positive attitudes towards change.

**Next Scheduled Appointment:** 06/27/2023

**Special Concerns:** None reported at this time.

## Goals Addressed

## No goal(s) addressed were chosen

**Goals Addressed:** Identifying triggers to depression, and building coping skills to address anxiety and stress.

## Additional Services

**Does interactive complexity apply:**
- ○ Yes
- ● No

**Was pharmacological management conducted:**
- ○ Yes
- ● No

## Supervising/Ordering Entry

Type: | ☐ No Supervision

## Signatures

Signature #1: | Mitchell Patterson (LSW, PRS) - 6/20/2023 11:25 AM

### Signature History

| Action | Date | Staff |
|---|---|---|
| Document Signed | 6/20/2023 | Mitchell Patterson (LSW, PRS) |

CND - Memo To Chart - CND

## Session Information

| Client: | Garcia, Josiah (59367) 8/20/2001 |
|---|---|
| Staff: | Page, John (32167) |
| Document Date: | 5/30/2023 |
| Client Program: | (Not Set) |

## Memo to Chart Entry

| Memo Date: | 05/30/2023 |
|---|---|
| Staff: | Page, John (32167) |
| Client: | Garcia, Josiah (59367) 8/20/2001 |
| Activity: | Memo to Chart (MEMO) |
| Client Program: | Pretrial (CNDPRE) |
| Narrative: | Email communication from USPO McCafferty:<br><br>Good Morning,<br><br>Checking in to see if Josiah Garcia got his next counseling appointment scheduled?<br><br>Dennis McCafferty<br>U.S. Pretrial Services<br>614-719-3088 |
| Staff to Notify: | |

## Signatures

Signature #1: | John Page (LCDC III, LSW) - 5/30/2023 1:10 PM

### Signature History

| Action | Date | Staff |
|---|---|---|
| Document Signed | 5/30/2023 | John Page (LCDC III, LSW) |

## Addenda

| Narrative | Signed By |
|---|---|
| Email reply to USPO McCafferty:<br><br>His counselor is on vacation this week, but had told me he would reach out when he gets back. | John Page (LCDC III, LSW) - 5/30/2023 1:11 PM |
| Email Reply from USPO McCafferty:<br><br>Who will his counselor be? | John Page (LCDC III, LSW) - 5/30/2023 1:12 PM |
| Email reply to USPO McCafferty:<br><br>Who will his counselor be? | John Page (LCDC III, LSW) - 5/30/2023 1:13 PM |