

## Court Diagnostic and Treatment Center Progress Note

**Client Name (First, MI, Last):** Josiah Garcia
**Client Date of Birth:** 08/20/2001

### Type of service delivered to the client that support the ITP
- ☒ MH Counseling/Psychotherapy
- ☐ Co-Occurring Psychotherapy
- ☐ Teletherapy
- ☐ SUD Counseling/Psychotherapy
- ☐ USPO Case Management
- ☐ Other:
- Manualized: ___
- No. of Completed Sessions: ___
- No-Shows: ___
- Sessions Delivered: ___

### Present at Session   ☐ Client No Show / Cancelled
- ☒ Client Present — If others present, please list name(s) and relationship(s) to client.

### Observed/Reported Changes in Medical Condition and Actions Taken
- ☒ None Reported ☐ New condition ☐ Condition returned ☐ Condition worsened ☐ Contacted Court ☐ Referred to Community support
- ☐ Referral for medical services ☐ Contacted Family/support person ☐ ☐ Other:

### New Issues Presented today and/or Stressors/Extraordinary Events
- ☒ None Reported ☐ Death ☐ Medical Crisis ☐ Arrest/Conviction ☐ MH Hosp. ☐ Overdose ☐ Detox ☐ Suicide Attempt ☐ Job Loss
- ☐ Fire ☐ Homeless ☐ Lost Transportation ☐ Lost Childcare ☐ Separation/Break-up ☐ Divorce ☐ Trauma ☐ DV ☐ Other:

### Significant Events or Changes in Client's Life

| ☒ No Significant Change from Last Visit | If Notable, Comment |
|---|---|
| **Mood/Affect** ☐ Notable | |
| **Thought Process/Orientation** ☐ Notable | |
| **Behavior/Functioning** ☐ Notable | |
| **Substance Use** ☐ Notable | |

**Danger to:** ☒ None ☐ Self ☐ Others ☐ Property ☐ Ideation ☐ Intent ☐ Plan ☐ Attempt ☐ Other:

### Assessment of progress (or lack of) toward achievement of identified goals and objectives:
Goal Number(s) worked on today: __1,2__   Objective Number(s) worked on today: __1a,2a__

☐ Significant ☒ Moderate ☐ Fair ☐ Little ☐ Minimally responsive ☐ None ☐ non-cooperative ☐ Disruptive

Identify Delivery and Outcomes of MODALITIES / Specific INTERVENTIONS supporting ITP and Recommendations (if any) for modifications to ITP:

- ☐ Anger Mgt ☐ Motivational ☐ Co-Occurring ☐ Batterer's Intervention ☐ Early Intervention AoD ☐ Sex Off. Tx ☐ Trauma ☐ COG ☐ GIR
- ☒ Indv. Tx ☐ Gp. Tx   ☒ General Mental Health ☐ General SUD/AoD ☐ Other modality:
- ☐ CBT ☐ Thinking Errors ☐ Motivation Enhancement ☐ Good Lives ☐ Social Modelling ☐ Relapse Prevention ☐ Self-Regulation
- ☐ Relationship Health ☐ Relationship Violence ☐ Masculinity Traits ☐ Homework ☐ Other interventions:

Write brief description of progress made, if any: Client and therapist discussion re: continued gaps in memory, family and close friends describing "talking to a different person sometimes". Therapist guided examination of qualities of his "main personality" and what other people have said regarding his "different personality". Psychoeducation re: early maladaptive schemas, concept of "splitting", as well as groundwork for integration of two different selves. Instructed client to repeat "both can be true- I can be angry with someone and still a good person" several times a day between now and next session.

- ☒ Understands intervention AND Competent with intervention ☐ Doesn't understand intervention OR ☐ Understands but not competent yet
- ☐ Other outcome:

### Changes in Frequency of services or levels of care
☐ Same Freq. & Same LOC ☐ Increased Freq. ☐ Increased LOC ☒ Decreased Freq. ☒ Decreased LOC

**Date/Time of Next Appointment (if individual session):**

Provider Signature/Credentials: [signature] LPCC-S   Date: 01/16/25
Supervisor Signature/Credentials (if needed): ___   Date: ___
Co-Provider Signature/Credentials: ___   Date: ___
Supervisor Signature/Credentials (if needed): ___   Date: ___

| Date of Service | Staff Initials | Location Services Delivered | Procedure Code | Start Time | Stop Time | Total Time | Diagnostic Code |
|---|---|---|---|---|---|---|---|
| 01/16/25 | ESK | Office | 21 | 12:15pm | 1:15pm | 1 hour | |

Rev. 5/28/21   COURT DIAGNOSTIC & TREATMENT CENTER PROGRESS NOTE
Case 3:23-cr-00081  Document 157-4  Filed 03/21/25  Page 1 of 11 PageID #: 938  Page 1 of 1



## Court Diagnostic and Treatment Center Progress Note

**Client Name (First, MI, Last):** Josiah Garcia
**Client Date of Birth:** 8/20/01

### Type of service delivered to the client that support the ITP
- ☒ MH Counseling/Psychotherapy
- ☐ Co-Occurring Psychotherapy
- ☐ Teletherapy
- ☐ SUD Counseling/Psychotherapy
- ☐ USPO Case Management
- ☐ Other:

Manualized:
No. of Completed Sessions:
No-Shows:
Sessions Delivered:

### Present at Session    ☐ Client No Show / Cancelled
☒ Client Present    If others present, please list name(s) and relationship(s) to client.

### Observed/Reported Changes in Medical Condition and Actions Taken
☒ None Reported  ☐ New condition  ☐ Condition returned  ☐ Condition worsened  ☐ Contacted Court  ☐ Referred to Community support
☐ Referral for medical services  ☐ Contacted Family/support person  ☐  ☐ Other:

### New Issues Presented today and/or Stressors/Extraordinary Events
☒ None Reported  ☐ Death  ☐ Medical Crisis  ☐ Arrest/Conviction  ☐ MH Hosp.  ☐ Overdose  ☐ Detox  ☐ Suicide Attempt  ☐ Job Loss
☐ Fire  ☐ Homeless  ☐ Lost Transportation  ☐ Lost Childcare  ☐ Separation/Break-up  ☐ Divorce  ☐ Trauma  ☐ DV  ☐ Other:

### Significant Events or Changes in Client's Life

| | No Significant Change from Last Visit | If Notable, Comment |
|---|---|---|
| Mood/Affect | ☒ / ☐ Notable | |
| Thought Process/Orientation | ☐ Notable | |
| Behavior/Functioning | ☐ Notable | |
| Substance Use | ☐ Notable | |

**Danger to:** ☒ None  ☐ Self  ☐ Others  ☐ Property  ☐ Ideation  ☐ Intent  ☐ Plan  ☐ Attempt  ☐ Other:

### Assessment of progress (or lack of) toward achievement of identified goals and objectives:
Goal Number(s) worked on today: __1__  Objective Number(s) worked on today: __1a__

☐ Significant  ☒ Moderate  ☐ Fair  ☐ Little  ☐ Minimally responsive  ☐ None  ☐ non-cooperative  ☐ Disruptive

### Identify Delivery and Outcomes of MODALITIES / Specific INTERVENTIONS supporting ITP and Recommendations (if any) for modifications to

☐ Anger Mgt  ☐ Motivational  ☐ Co-Occurring  ☐ Batterer's Intervention  ☐ Early Intervention AoD  ☐ Sex Off. Tx  ☐ Trauma  ☐ COG  ☐ GIR
☒ Indv. Tx  ☐ Gp. Tx  ☒ General Mental Health  ☐ General SUD/AoD  ☐ Other modality:
☐ CBT  ☐ Thinking Errors  ☐ Motivation Enhancement  ☐ Good Lives  ☐ Social Modelling  ☐ Relapse Prevention  ☐ Self-Regulation
☒ Relationship Health  ☐ Relationship Violence  ☐ Masculinity Traits  ☐ Homework  ☐ Other interventions:

**Write brief description of progress made, if any:** Client and therapist discussion re: grandfather passed away last week, as well as client picking up extra shifts at work. "It helps me avoid feeling or thinking about my emotions", however did report he has been setting aside small periods of time to grieve the loss of grandfather as well as his former fiancee. Moved from "angry sad to thankful sad (that I got to spend some of my life with her)". Therapist facilitate exploration and processing of emotions.

☒ Understands intervention AND Competent with intervention  ☐ Doesn't understand intervention  OR  ☐ Understands but not competent yet
☐ Other outcome:

### Changes in Frequency of services or levels of care
☒ Same Freq. & Same LOC  ☐ Increased Freq.  ☐ Increased LOC  ☐ Decreased Freq.  ☐ Decreased LOC

**Date/Time of Next Appointment (if individual session)**

Provider Signature/Credentials: *[signature]* LPCC-S    Date: 12/20/24
Supervisor Signature/Credentials (if needed)    Date:
Co-Provider Signature/Credentials    Date
Supervisor Signature/Credentials (if needed)    Date

| Date of Service | Staff Initials | Location Services Delivered | Procedure Code | Start Time | Stop Time | Total Time | Diagnostic Code |
|---|---|---|---|---|---|---|---|
| 12/20/24 | ESK | OFFICE | 21 | 11am | 12pm | 1 hour | |



# Court Diagnostic and Treatment Center Progress Note

**Client Name (First, MI, Last)**: Josiah Garcia
**Client Date of Birth**: 08/20/2001

### Type of service delivered to the client that support the ITP
- ☒ MH Counseling/Psychotherapy
- ☐ Co-Occurring Psychotherapy
- ☐ Teletherapy
- Manualized:
- No. of Completed Sessions:
- ☐ SUD Counseling/Psychotherapy
- ☐ USPO Case Management
- ☐ Other:
- No-Shows:
- Sessions Delivered:

**Present at Session**  ☐ Client No Show / Cancelled
- ☒ Client Present   If others present, please list name(s) and relationship(s) to client.

### Observed/Reported Changes in Medical Condition and Actions Taken
- ☒ None Reported  ☐ New condition  ☐ Condition returned  ☐ Condition worsened  ☐ Contacted Court  ☐ Referred to Community support
- ☐ Referral for medical services  ☐ Contacted Family/support person  ☐  ☐ Other:

### New Issues Presented today and/or Stressors/Extraordinary Events
- ☒ None Reported  ☐ Death  ☐ Medical Crisis  ☐ Arrest/Conviction  ☐ MH Hosp.  ☐ Overdose  ☐ Detox  ☐ Suicide Attempt  ☐ Job Loss
- ☐ Fire  ☐ Homeless  ☐ Lost Transportation  ☐ Lost Childcare  ☐ Separation/Break-up  ☐ Divorce  ☐ Trauma  ☐ DV  ☐ Other:

### Significant Events or Changes in Client's Life

☒ No Significant Change from Last Visit | **If Notable, Comment**
- **Mood/Affect**  ☐ Notable
- **Thought Process/Orientation**  ☐ Notable
- **Behavior/Functioning**  ☐ Notable
- **Substance Use**  ☐ Notable

**Danger to**  ☒ None  ☐ Self  ☐ Others  ☐ Property  ☐ Ideation  ☐ Intent  ☐ Plan  ☐ Attempt  ☐ Other:

### Assessment of progress (or lack of) toward achievement of identified goals and objectives:
Goal Number(s) worked on today: **1,2**   Objective Number(s) worked on today: **1a,2a**

☐ Significant  ☒ Moderate  ☐ Fair  ☐ Little  ☐ Minimally responsive  ☐ None  ☐ non-cooperative  ☐ Disruptive

Identify Delivery and Outcomes of MODALITIES / Specific INTERVENTIONS supporting ITP and Recommendations (if any) for modifications to ITP:

- ☐ Anger Mgt  ☐ Motivational  ☐ Co-Occurring  ☐ Batterer's Intervention  ☐ Early Intervention AoD  ☐ Sex Off. Tx  ☐ Trauma  ☐ COG  ☐ GIR
- ☒ Indv. Tx  ☐ Gp. Tx  ☒ General Mental Health  ☐ General SUD/AoD  ☐ Other modality:
- ☐ CBT  ☐ Thinking Errors  ☐ Motivation Enhancement  ☐ Good Lives  ☐ Social Modelling  ☐ Relapse Prevention  ☐ Self-Regulation
- ☐ Relationship Health  ☐ Relationship Violence  ☐ Masculinity Traits  ☐ Homework  ☒ Other interventions: **Person centered active and reflective listening.**

Write brief description of progress made, if any: **Discussion re: history and severity of client's blackouts/not remembering large chunks of time. Gaps in memory have been present since childhood, and he has only recently shared this with a few close friends and his mother. Friends corroborate this somewhat, see him at times as "a different person, more edgy". Explore and proces semotions surrounding this. Therapist psychoeducation re: dissociation and sharing info with friends and mom. Instructed client to call 988 or go to ER if feeling unsafe or if friends/family feel it is necessary.**

- ☒ Understands intervention AND Competent with intervention  ☐ Doesn't understand intervention  OR  ☐ Understands but not competent yet
- ☐ Other outcome:

### Changes in Frequency of services or levels of care
☒ Same Freq. & Same LOC  ☐ Increased Freq.  ☐ Increased LOC  ☐ Decreased Freq.  ☐ Decreased LOC

### Date/Time of Next Appointment (if individual session)

Provider Signature/Credentials: *[signed]* LPCC-S   Date: 12/3/24

Supervisor Signature/Credentials (if needed)   Date:

Co-Provider Signature/Credentials   Date:

Supervisor Signature/Credentials (if needed)   Date:

| Date of Service | Staff Initials | Location Services Delivered | Procedure Code | Start Time | Stop Time | Total Time | Diagnostic Code |
|---|---|---|---|---|---|---|---|
| _/3/24 | ESK | Office | 21 | 11:15am | 12:15pm | 1 hour | |

Case 3:23-cr-00081  Document 157-4  Filed 03/21/25  Page 3 of 11 PageID #: 940



## Court Diagnostic and Treatment Center Progress Note

**Client Name (First, MI, Last):** Josiah Garcia
**Client Date of Birth:** 08/20/2001

### Type of service delivered to the client that support the ITP
- ☒ MH Counseling/Psychotherapy
- ☐ Co-Occurring Psychotherapy
- ☐ Teletherapy
- ☐ SUD Counseling/Psychotherapy
- ☐ USPO Case Management
- ☐ Other:

Manualized:
No. of Completed Sessions:
No-Shows:
Sessions Delivered:

### Present at Session  ☐ Client No Show / Cancelled
☒ Client Present   If others present, please list name(s) and relationship(s) to client.

### Observed/Reported Changes in Medical Condition and Actions Taken
☒ None Reported  ☐ New condition  ☐ Condition returned  ☐ Condition worsened  ☐ Contacted Court  ☐ Referred to Community support
☐ Referral for medical services  ☐ Contacted Family/support person  ☐  ☐ Other:

### New Issues Presented today and/or Stressors/Extraordinary Events
☒ None Reported  ☐ Death  ☐ Medical Crisis  ☐ Arrest/Conviction  ☐ MH Hosp.  ☐ Overdose  ☐ Detox  ☐ Suicide Attempt  ☐ Job Loss
☐ Fire  ☐ Homeless  ☐ Lost Transportation  ☐ Lost Childcare  ☐ Separation/Break-up  ☐ Divorce  ☐ Trauma  ☐ DV  ☐ Other:

### Significant Events or Changes in Client's Life

☒ No Significant Change from Last Visit

| | | If Notable, Comment |
|---|---|---|
| Mood/Affect | ☐ Notable | |
| Thought Process/Orientation | ☐ Notable | |
| Behavior/Functioning | ☐ Notable | |
| Substance Use | ☐ Notable | |

**Danger to:** ☒ None  ☐ Self  ☐ Others  ☐ Property  ☐ Ideation  ☐ Intent  ☐ Plan  ☐ Attempt  ☐ Other:

### Assessment of progress (or lack of) toward achievement of identified goals and objectives:
Goal Number(s) worked on today: __1__   Objective Number(s) worked on today: __1a__

☐ Significant  ☒ Moderate  ☐ Fair  ☐ Little  ☐ Minimally responsive  ☐ None  ☐ non-cooperative  ☐ Disruptive

Identify Delivery and Outcomes of MODALITIES / Specific INTERVENTIONS supporting ITP and Recommendations (if any) for modifications to ITP:

☐ Anger Mgt  ☐ Motivational  ☐ Co-Occurring  ☐ Batterer's Intervention  ☐ Early Intervention AoD  ☐ Sex Off. Tx  ☐ Trauma  ☐ COG  ☐ GIR
☒ Indv. Tx  ☐ Gp. Tx  ☒ General Mental Health  ☐ General SUD/AoD  ☐ Other modality:
☐ CBT  ☐ Thinking Errors  ☐ Motivation Enhancement  ☐ Good Lives  ☐ Social Modelling  ☐ Relapse Prevention  ☐ Self-Regulation
☐ Relationship Health  ☐ Relationship Violence  ☐ Masculinity Traits  ☐ Homework  ☐ Other interventions:

Write brief description of progress made, if any: **Explore and process emotions surrounding increased work responsibilities. Began discussion re: "feeling like a different person", having moments where client seems to blackout/not remember conversations or events with others. Will explore this more next session.**

☒ Understands intervention AND Competent with intervention  ☐ Doesn't understand intervention  OR  ☐ Understands but not competent yet
☐ Other outcome:

### Changes in Frequency of services or levels of care
☒ Same Freq. & Same LOC  ☐ Increased Freq.  ☐ Increased LOC  ☐ Decreased Freq.  ☐ Decreased LOC

Date/Time of Next Appointment (if individual session)

Provider Signature/Credentials: [signed] LPCC-S   Date: 11/18/24
Supervisor Signature/Credentials (if needed)   Date:

Co-Provider Signature/Credentials   Date
Supervisor Signature/Credentials (if needed)   Date

| Date of Service | Staff Initials | Location Services Delivered | Procedure Code | Start Time | Stop Time | Total Time | Diagnostic Code |
|---|---|---|---|---|---|---|---|
| 11/18/24 | ESK | Office | 21 | 11am | 12pm | 1 hour | |



## Court Diagnostic and Treatment Center Progress Note

**Client Name** (First, MI, Last): Josiah Garcia
**Client Date of Birth:** 08/20/2001

### Type of service delivered to the client that support the ITP
- ☒ MH Counseling/Psychotherapy
- ☐ Co-Occurring Psychotherapy
- ☐ Teletherapy
- ☐ SUD Counseling/Psychotherapy
- ☐ USPO Case Management
- ☐ Other:

Manualized:
No-Shows:
No. of Completed Sessions:
Sessions Delivered:

**Present at Session** ☐ Client No Show / Cancelled
- ☒ Client Present — If others present, please list name(s) and relationship(s) to client.

### Observed/Reported Changes in Medical Condition and Actions Taken
☒ None Reported ☐ New condition ☐ Condition returned ☐ Condition worsened ☐ Contacted Court ☐ Referred to Community support
☐ Referral for medical services ☐ Contacted Family/support person ☐ ☐ Other:

### New Issues Presented today and/or Stressors/Extraordinary Events
☒ None Reported ☐ Death ☐ Medical Crisis ☐ Arrest/Conviction ☐ MH Hosp. ☐ Overdose ☐ Detox ☐ Suicide Attempt ☐ Job Loss
☐ Fire ☐ Homeless ☐ Lost Transportation ☐ Lost Childcare ☐ Separation/Break-up ☐ Divorce ☐ Trauma ☐ DV ☐ Other:

### Significant Events or Changes in Client's Life

☒ No Significant Change from Last Visit | **If Notable, Comment**

| Category | Notable | Comment |
|---|---|---|
| Mood/Affect | ☐ Notable | |
| Thought Process/Orientation | ☐ Notable | |
| Behavior/Functioning | ☐ Notable | |
| Substance Use | ☐ Notable | |

**Danger to** ☐ None ☐ Self ☐ Others ☐ Property ☐ Ideation ☐ Intent ☐ Plan ☐ Attempt ☐ Other:

### Assessment of progress (or lack of) toward achievement of identified goals and objectives:
Goal Number(s) worked on today: _____ ITP    Objective Number(s) worked on today: _____ ITP

☐ Significant ☐ Moderate ☒ Fair ☐ Little ☐ Minimally responsive ☐ None ☐ non-cooperative ☐ Disruptive

Identify Delivery and Outcomes of MODALITIES / Specific INTERVENTIONS supporting ITP and Recommendations (if any) for modifications to:

☐ Anger Mgt ☐ Motivational ☐ Co-Occurring ☐ Batterer's Intervention ☐ Early Intervention AoD ☐ Sex Off. Tx ☐ Trauma ☐ COG ☐ GIR
☒ Indv. Tx ☐ Gp. Tx ☒ General Mental Health ☐ General SUD/AoD ☐ Other modality:
☐ CBT ☐ Thinking Errors ☐ Motivation Enhancement ☐ Good Lives ☐ Social Modelling ☐ Relapse Prevention ☐ Self-Regulation
☐ Relationship Health ☐ Relationship Violence ☐ Masculinity Traits ☐ Homework ☐ Other interventions:

Write brief description of progress made, if any: **Formulate ITP goals and objectives for care.**

☒ Understands intervention AND Competent with intervention ☐ Doesn't understand intervention OR ☐ Understands but not competent yet
☐ Other outcome:

### Changes in Frequency of services or levels of care
☒ Same Freq. & Same LOC ☐ Increased Freq. ☐ Increased LOC ☐ Decreased Freq. ☐ Decreased LOC

Date/Time of Next Appointment (if individual session)

Provider Signature/Credentials: [signature] LPCC-S    Date: 11/8/24
Supervisor Signature/Credentials (if needed): Date:
Co-Provider Signature/Credentials: Date:
Supervisor Signature/Credentials (if needed): Date:

| Date of Service | Staff Initials | Location Services Delivered | Procedure Code | Start Time | Stop Time | Total Time | Diagnostic Code |
|---|---|---|---|---|---|---|---|
| 11/8/24 | ESK | Office | 21 | 10am | 11am | 1 hr | |

Case 3:23-cr-00081    Document 157-4    Filed 03/21/25    Page 6 of 11 PageID #: 943

## Court Diagnostic & Treatment Center

### Individual Service Note

| | | | | | |
|---|---|---|---|---|---|
| **Client Name:** | Josiah Garcia | **Client ID:** | 1173 | **Status:** | Show |
| **Clinician Name:** | Erin Karl | **Service:** | Tx Individual | | |
| **Date Of Service:** | 02/04/2025 | **Start Time:** 10:00 AM | **End Time:** 11:00 AM | **Duration:** | 60 Minutes |
| **Team:** | Toledo - Outpatient Mental Health | | | | |
| **Location:** | Federal Outpatient | | **Specific Location:** | | |

### Billing Diagnosis

1- F32.1    Major depressive disorder, Single episode, Moderate
2- F41.1    Generalized anxiety disorder

### Information

Current Life Events    No Life Events found

### Tracks/EBPs Utilized During

- ☐ Batterer's Intervention
- ☐ CBT
- ☐ Co-Occurring
- ☐ COG
- ☐ DBT
- ☐ Early Intervention AoD
- ☐ EMDR
- ☑ General Mental Health
- ☐ General SUD/AoD
- ☐ GIR
- ☐ Motivational Interviewing
- ☐ Sex Offender Tx.
- ☐ Trauma

### Objectives Addressed by this Service

☑ **Goal 2.00**    To feel less anxious.
  ☑ Objective #2.01    will develop and use at least two skills and strategies to help manage thoughts that cause anxiety    Moderate Improvement

☐ **Goal 3.00**    To feel less depressed.
  ☐ Objective #3.01    will identify three activities that increase a sense of inner peace and comfort and try one
  ☐ Objective #3.02    will develop and use at least two skills and strategies to help manage sad feelings.

**Client's Current Condition**

| | | |
|---|---|---|
| Mood/Affect | ● Unremarkable | ○ Remarkable |
| Thought Process/Orientation | ● Unremarkable | ○ Remarkable |
| Behavior/Functioning | ● Unremarkable | ○ Remarkable |
| Medical Condition | ● Unremarkable | ○ Remarkable |
| Substance Abuse | ● Unremarkable | ○ Remarkable |

Self Harm   ● None Reported   ○ Please Specify

☐ Ideation   ☐ Intent   ☐ Attempt   ☐ Means   ☐ Plan

☐ Other

☐ I informed

Comments

Harm to Others   ● None Reported   ○ Please Specify

☐ Ideation   ☐ Intent   ☐ Attempt   ☐ Means   ☐ Plan

☐ Other

☐ I informed

Comments

Harm to Property   ● None Reported   ○ Please Specify

☐ Ideation   ☐ Intent   ☐ Attempt   ☐ Means   ☐ Plan

☐ Other

☐ I informed

Comments

## Safety Plan

Safety / Crisis Plan

☐ The Safety Plan was Reviewed

○ With the Client   ○ Without the client, specify the reason client was not able to review below and discuss Next Steps

Next Steps

## Intervention/Progress

What was the focus of the session (i.e. alleviation of emotional disturbances, reversal or change of maladaptive Patterns or behaviors, encouragement of personality growth or development)?

Client reports that he has continued to experience "splitting", and has been looking more into integration and parts work as suggested. Relationship with mom has improved, and she is "much more willing to discuss it with me".

Case 3:23-cr-00081   Document 157-4   Filed 03/21/25   Page 7 of 11 PageID #: 944

Describe the interventions provided

Reflective and active listening. Psychoeducation re: parts work and integrating "bad" parts of self with "main" and "acceptable" self. Reaffirming, unconditional acceptance statements to self can help with this.

Describe the client's response to the intervention, progress made toward goals and clients strengths. If progress is not being made, describe reasons and barriers to progress.

Client was receptive, struck emotionally and intellectually to the affirming and unconditional acceptance self-statements. Cleint stated "No one has ever said "I accept you as you are" to me. It's a new concept".

Document the plan. If there were barriers describe the plan to overcome the barriers

Revisit this and begin parts work.

**Clinician:** Erin Karl, LPCC-S      **Signature Date:** 02/13/2025

## Court Diagnostic & Treatment Center

### Individual Service Note

| | | | | | |
|---|---|---|---|---|---|
| **Client Name:** | Josiah Garcia | **Client ID:** | 1173 | **Status:** | Show |
| **Clinician Name:** | Erin Karl | **Service:** | Tx Individual | | |
| **Date Of Service:** | 02/20/2025 **Start Time:** 12:00 PM | **End Time:** | 1:00 PM | **Duration:** | 60 Minutes |
| **Team:** | Toledo - Outpatient Mental Health | | | | |
| **Location:** | Federal Outpatient | **Specific Location:** | | | |

### Billing Diagnosis

1- F32.1   Major depressive disorder, Single episode, Moderate
2- F41.1   Generalized anxiety disorder

### Information

Current Life Events    No Life Events found

### Tracks/EBPs Utilized During

☐ Batterer's Intervention
☐ CBT
☐ Co-Occurring
☐ COG
☐ DBT
☐ Early Intervention AoD
☐ EMDR
☑ General Mental Health
☐ General SUD/AoD
☐ GIR
☐ Motivational Interviewing
☐ Sex Offender Tx.
☐ Trauma

### Objectives Addressed by this Service

☑ Goal 2.00   To feel less anxious.
  ☑ Objective #2.01   will develop and use at least two skills and strategies to    Moderate Improvement
                      help manage thoughts that cause anxiety

☐ Goal 3.00   To feel less depressed.
  ☐ Objective #3.01   will identify three activities that increase a sense of inner
                      peace and comfort and try one
  ☐ Objective #3.02   will develop and use at least two skills and strategies to
                      help manage sad feelings.

Comment   Case 3:23-cr-00081    Document 157-4    Filed 03/21/25    Page 9 of 11 PageID #: 946

Client reports experiencing less "blackout" moments and is, overall, more "at peace with myself".

## Client's Current Condition

| | | |
|---|---|---|
| Mood/Affect | ◉ Unremarkable | ○ Remarkable |
| Thought Process/Orientation | ◉ Unremarkable | ○ Remarkable |
| Behavior/Functioning | ◉ Unremarkable | ○ Remarkable |
| Medical Condition | ◉ Unremarkable | ○ Remarkable |
| Substance Abuse | ◉ Unremarkable | ○ Remarkable |

Self Harm   ◉ None Reported   ○ Please Specify
☐ Ideation   ☐ Intent   ☐ Attempt   ☐ Means   ☐ Plan
☐ Other
☐ I informed
Comments

Harm to Others   ◉ None Reported   ○ Please Specify
☐ Ideation   ☐ Intent   ☐ Attempt   ☐ Means   ☐ Plan
☐ Other
☐ I informed
Comments

Harm to Property   ◉ None Reported   ○ Please Specify
☐ Ideation   ☐ Intent   ☐ Attempt   ☐ Means   ☐ Plan
☐ Other
☐ I informed
Comments

## Safety Plan

Safety / Crisis Plan

☐ The Safety Plan was Reviewed

○ With the Client   ○ Without the client, specify the reason client was not able to review below and discuss Next Steps

Next Steps

## Intervention/Progress

What was the focus of the session (i.e. alleviation of emotional disturbances, reversal or change of maladaptive Patterns or behaviors, encouragement of personality growth or development)?

Client presented noticeably calmer in speech and motor activity. Reports getting injured at work, which "weirdly enough, has slowed my whole life down...in kind of a good way".

Describe the interventions provided

Reflective and active listening, probing questions to determine what has been the catalyst for the decrease in anxiety, blackout moments. Encouragement to keep up on self-reflection and self-acceptance daily.

Describe the client's response to the intervention, progress made toward goals and clients strengths. If progress is not being made, describe reasons and barriers to progress.

Client very engaged and cooperative. Affirmed he will continue to reflect and accept self.

Document the plan. If there were barriers describe the plan to overcome the barriers

Check back in next session with level of self-acceptance.

**Clinician:** Erin Karl, LPCC-S  **Signature Date:** 02/26/2025