UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:23-CR-00081 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| JOSIAH ERNESTO GARCIA | ) | |

## UNITED STATES' MOTION TO TERMINATE COUNSEL

The United States moves this Court to terminate Brooke K. Schiferle, Assistant United States Attorney, as an attorney of record for the United States in this case. Assistant United States Attorney Nani M. Gilkerson will continue to prosecute this case.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

/s/ *Nani M. Gilkerson*
NANI M. GILKERSON
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203