UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | NO. 3:23-cr-00081 |
| v. | ) |  |
|  | ) |  |
| JOSIAH ERNESTO GARCIA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

No later than noon on Friday April 18, 2025, the Court requests that the Government file reports on the interviews on April 5 and 6, 2023 of Agent Stephen Hunter's telephone call with defendant on April 5, 2023 and in-person meeting with defendant on April 6th.

Further the defendant is requested to provide written verification of the quote at Doc 151 at 5 -Once Mr. Garcia met with Agent Hunter, the very first words that came out of his mouth were, "Do I still have to do this."

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE