UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:23-cr-00081 |
| ) | |
| ) | Judge Waverly D. Crenshaw, Jr. |
| JOSIAH ERNESTO GARCIA ) | |

## NOTICE OF FILING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, Nani M. Gilkerson, to give notice of filing of two reports by an undercover FBI agent about interactions with defendant on or about April 5 and April 6, 2023 (*see* Attachment A – 302 Reports), which the Court directed the United States to file in advance of the sentencing hearing in this matter. (*See* DE # 162.) In its Order, this Court identified Special Agent Stephen Hunter as the FBI agent who interacted with defendant on these two dates, presumably based on defendant's sentencing memorandum (*see* DE #151 at 4-5); however, defendant and the Court are mistaken. An undercover agent, not SA Hunter, was the individual interacting with defendant on these dates. This fact is reflected in the attached reports, which were previously provided to defendant.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney

By: *s/ Nani Gilkerson*
NANI M. GILKERSON
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: 615-736-5151