

Date of entry    04/11/2023

On April 5, 2023, UCE-█ called JOSIAH GARCIA at cellular telephone number 615-609-█ following a series of text messages regarding GARCIA's desire to be employed as a contract hitman. Text messages documented via corresponding FD-302.

At approximately noon central time, UCE-█ contacted GARCIA. During the conversation, UCE-█ interviewed GARCIA about his desire to become a contract hitman based on GARCIA seeking employment information on a rent-a-hitman website. GARCIA indicated he was military trained in using a sniper weapon and wished to become a hitman. Prices for the killings were discussed with UCE-█ informing GARCIA prices ranged from $2,500.00-$100,000.00 depending on who was killed. The higher profile the target and more complicated way in which they were killed, dictated the final price.

GARCIA also indicated during questioning that he was willing to torture the targets, but was unwilling to conduct rape as part of the torture.

UCE-█ asked if GARCIA would be willing to meet the following day for a final interview. GARCIA indicated he was willing to meet.

A copy of the recording was given to SA Stephen Hunter for evidence processing in ELSUR.

| | | |
|---|---|---|
| Investigation on | 04/05/2023 at | Nashville, Tennessee, United States (Phone) |
| File # █ | | Date drafted 04/10/2023 |
| by UCE-█ | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/11/2023

On April 6, 2023, UCE-■ met with JOSIAH GARCIA at the Casa de Montecristo Cigar Lounge and Bar, located 600 9th Avenue S #130, Nashville, TN 37203. Meeting was set up following a series of text messages to GARCIA at 615-609-■ and a telephone call. The telephone call occurred on April 5, 2023 at approximately noon central time. Texts and phone conversation documented in separate FD-302s. During the telephone conversation, UCE-■ conducted an interview with GARCIA discussing his desire to become a contract hitman. At the conclusion of the interview, UCE-■ discussed meeting with GARCIA in person to further over the requirements and expectations. GARCIA agreed to and in-person meeting in Nashville the following day at 3:00p.m.

UCE-■ was scheduled to meet with GARCIA in person to further discuss him becoming a contract hitman. Via text, UCE-■ requested GARCIA meet at the aforementioned lounge at 1:30 p.m. GARCIA agreed.

UCE-■ arrive at Casa De Montecristo at approximately 1:00p.m. central. UCE-■ received a text message from GARCIA at approximately 1:10 p.m. indicated he had arrived early.

UCE-■ told GARCIA UCE-■ was seated inside wearing a black jacket.

GARCIA walked in a few moments later. GARICA was wearing a black hat with Punisher type skull, a black short sleeve Polo shirt with collar, jeans and black shoes. After exchanging pleasantries, UCE-■ and GARCIA discussed GARCIA's willingness to become a contract hitman. GARCIA indicated he wanted to become a contract hitman. GARCIA indicated he was willing to torture contract marks to include cutting off appendages, but did not wish to rape the victims. GARCIA preferred to use his sniper skills to conduct the killings and was proficient up to 300 meters with a sniper rifle. GARCIA indicated he had M-4 military style rifle and was looking to purchase a Sig Saur pistol. GARCIA showed UCE-■ a photograph on his phone of the pistol GARCIA wished to buy. UCE-■ saw the pistol was a brown colored semi-automatic pistol. Model unknown.

---

Investigation on   04/06/2023   at   Nashville, Tennessee, United States (In Person)

File # ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■    Date drafted   04/10/2023

by   UCE-■

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of GARCIA-UCE███ (U) April 6, 2023 meeting with JOSIAH GARCIA-UCE███ , On 04/06/2023 , Page 2 of 2

GARCIA indicated he wanted to discuss UCE-███'s company killing his ex-girlfriend's boyfriend (names unknown to UCE-███). The ex-girlfriend had cheated on GARCIA while pregnant with the other man's child. She had recently lost the child, refused to marry GARCIA and confessed the child was not his. Further she had begun dating the other man. GARCIA wished to explore having him killed because GARCIA had recently learned the new boyfriend had abused GARCIA's ex-girlfriend. UCE-███ indicated his/her organization might be willing to help but stressed that GARCIA not take any action.

During the conversation, UCE-███ purchased GARCIA a regular Coca-Cola, which he drank. GARCIA showed UCE-███ a Punisher style skull tattoo wearing a military style beret on his right upper arm. The skull had "Reaper" written in conjunction with the tattoo.

The meeting concluded at approximately 1:57 p.m. GARCIA left in a black SUV with an unknown Tennessee license plate. Following the meeting, UCE-███ met with Special Agent Stephen Hunter and provided him with two recording devices for processing into ELSUR.