UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 3:23-00081 |
| v. | ) JUDGE CRENSHAW |
| | ) |
| | ) |
| JOSIAH ERNESTO GARCIA | ) |

## NOTICE OF MANUAL FILING OF VIDEO RECORDING

Through counsel, Josiah Garcia gives notice of filing the verification of Mr. Garcia's one-on-one meeting with the FBI undercover agent on April 12, 2023, as required by the Court's April 16, 2025, order. (See D.E. 162). None of the reports provided to defense counsel include information that Mr. Garcia made the statement in question. But body-worn camera footage of the meeting does include the statement. As such, a video recording reflecting this is attached to this motion and delivered to the Clerk's office. (See Ex. A). For the Court's convenience, the pertinent portion of the video (the conversation between the agent and Mr. Garcia) begins at 13:00 minutes.

Respectfully submitted,

/s/ *David K. Fletcher*
DAVID K. FLETCHER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: David_Fletcher@fd.org

Attorney for Josiah Ernesto Garcia

## CERTIFICATE OF SERVICE

       I hereby certify that on April 17, 2025, I electronically filed the foregoing *Notice of Manual Filing of Video Recording* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Nani Gilkerson, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

                                        /s/ *David K. Fletcher*
                                        DAVID K. FLETCHER