**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:23-cr-00081** |
| | ) | |
| **JOSIAH ERNESTO GARCIA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

At the request of the Bureau of Prisons, the Court amends its Judgment (Doc. No. 167) to recommend that Defendant be placed in a residential reentry center in Louisville, Kentucky. An appropriate Amended Judgment will enter.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE