UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 3:23-cr-00081 |
| JOSIAH ERNESTO GARCIA | ) |
| Defendant. | ) |

## ORDER

The Government shall respond to Defendant's Motion to Modify Conditions of Probation (Doc. No. 172) within ten days of this Order.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE