IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cr-00081-1 |
| | ) | |
| **JOSIAH ERNESTO GARCIA** | ) | |

**O R D E R**

The defendant Josiah Ernesto Garcia appeared on June 5, 2025, with counsel, Assistant Federal Public Defender Thomas Williams, for an initial appearance and other proceedings on the Petition for Warrant for Offender on Supervision (Probation) (Docket No. 176).[1] Assistant U.S. Attorney Nani Gilkerson appeared for the United States (the "government").

The government did not request detention, and the parties agreed that the defendant may be released on the conditions of probation previously imposed in the underlying case (Docket No. 170) pending a hearing on the petition before Judge Crenshaw. The defendant is therefore released subject to the conditions of probation previously imposed in the Amended Judgment in a Criminal Case entered on May 2, 2025 (*id.*), all of which remain in full force and effect.

Specifically, the defendant must return to the Dismas House in Louisville, Kentucky, under the original conditions imposed pending any further order from the Court.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] The defendant was arrested in the Western District of Kentucky, originally appeared for an initial appearance in that court, and requested that all further proceedings occur in the Middle District of Tennessee. (Docket No. 178.)