UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:23-cr-00081 |
| ) | |
| JOSIAH ERNESTO GARCIA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Josiah Ernesto Garcia shall appear before the Court on **June 23, 2025,** at 3:30 p.m. to show cause why his supervised release should not be revoked for his failure to abide by the conditions of supervision (Doc. No. 176). On or before **June 16, 2025,** Defendant shall file a notice whether he contests the alleged violations of the conditions of his supervised release.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE