# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 3:23-00081 |
| v. | ) JUDGE CRENSHAW |
| | ) |
| | ) |
| JOSIAH ERNESTO GARCIA | ) |

## NOTICE REGARDING ALLEGED SUPERVISED RELEASE VIOLATIONS

Through counsel, Mr. Garcia notifies this Court that he does plan to contest parts of the alleged violation at the hearing set for June 23, 2025.

Respectfully submitted,

/s/ *David K. Fletcher*
DAVID K. FLETCHER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: David_Fletcher@fd.org

Attorney for Josiah Ernesto Garcia

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2025, I electronically filed the foregoing *Notice Regarding Alleged Supervised Release Violations* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Nani Gilkerson, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

                                      /s/ *David K. Fletcher*
                                      DAVID K. FLETCHER