UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
| :--- | :--- |
| Plaintiff, | ) |
| v. | ) No. 3:23-cr-00081 |
| JOSIAH ERNESTO GARCIA, | ) |
| Defendant. | ) |

## ORDER

On September 22, 2025, the Court continued its hearing on the Superseding Petition for Warrant for Offender on Supervision ("Petition") (Doc. No. 176). The Petition alleges that Defendant violated the terms of his supervised release by: (i) possessing and using virtual reality equipment with access to an online computer service, and (ii) accessing the internet on his cellular device without prior approval from the probation officer ("Violation 1"). During the hearing, Defendant withdrew his notice contesting Violation 1 (see Doc. No. 183), admitted to the violation in open court, and waived his right to a hearing. Accordingly, the Court finds by a preponderance of the evidence that Defendant violated his conditions of release, and therefore **ADJUDGES** Defendant **GUILTY** of Violation 1 of the Petition.

After considering the appropriate 18 U.S.C. § 3553(a) factors, Defendant is hereby **SENTENCED** to **TIME SERVED**. Defendant shall continue serving the remainder of his supervised release on probation under the same conditions previously imposed.

For the reasons stated on the record, the U.S. Pretrial and Probation Office in the Middle District of Tennessee shall coordinate with the U.S. Pretrial and Probation Office in the Western District of Kentucky to ensure that Defendant receive treatment in an outpatient mental health

program, which is required as a special condition of Defendant's probation. (See Doc. No. 170 at 4).

On or before **October 22, 2025**, Defendant shall file a status report updating the Court about: (i) whether Defendant received the job at Goodwill, (ii) the status of his mental health treatment, and (iii) any additional plans he has to ensure his success on supervised release moving forward.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE