UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) No. 3:23-cr-00081 |
| JOSIAH ERNESTO GARCIA | ) |
| Defendant. | ) |

## ORDER

Josiah Ernesto Garcia's Unopposed Motion to Modify Conditions of Probation (Doc. No. 195) is **DENIED** to the extent he seeks home confinement. The Court does not believe home confinement satisfies the 3553(a) sentencing factors for the reasons stated at sentencing. Further, Garcia offers no objective evaluation that his "home" would be appropriate, even if the 3553(a) factors otherwise supported home confinement. However, given Garcia's compliance with conditions of probation since May 2025, especially his work, his recent accident and health needs, the Court would consider transfer to Toledo, Ohio if counsel confirms that the Bureau of Prisons can accommodate Garcia at an appropriate facility.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE