IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    3:23-cr-00081 |
| v. | ) | |
| | ) | Judge Evans |
| JOSIAH ERNESTO GARCIA | ) | |

## **MOTION FOR DETENTION**

Pursuant to Title 18, United States Code, Section 3142, the Government moves to have the defendant detained pending proceedings in this matter on the basis that he constitutes a danger to the public. Specifically, the supervised release petition alleges that the defendant has failed to maintain residence at the halfway house as required due to threatening remarks. In addition, the petition alleges that the defendant has failed was failed to comply with mental health treatment as directed by the Probation Office. As a result, the Government believes the defendant could be a danger to himself and others. Thus, the Government moves for detention and requests a continuance of three days to prepare for the detention hearing.

Respectfully submitted,

BRADEN H. BOUCEK

United States Attorney
for the Middle District of Tennessee

By:    _s/ Ahmed A. Safeeullah_
Ahmed A. Safeeullah
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee  37203
Phone: 615-736-5151