**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cr-81 |
| | ) | Magistrate Judge Frensley |
| | ) | |
| JOSIAH GARCIA, | ) | |
|     Defendant | ) | |

## O R D E R

On June 9, 2026, the Defendant Josiah Garcia, appeared with counsel, David Fletcher and also came the Assistant U.S. Attorney, for a detention hearing. For the reasons stated on the record, the Defendant is to be released on his previous conditions of probation with three additional conditions.

1.  Upon his release, the defendant must continue residing with his mother, Patricia Garcia, who will now be his third party custodian.

2.  He will be under rules of home detention. You are restricted to your residence at all times except for employment; education; religious services, medical, substance abuse, or mental health treatment; attorney visits; court appearances; ourt-ordered obligations; or other activities approved in advance by the supervising officer.

3.  If Judge Crenshaw does not set a hearing for Thursday, June 11, 2026, a hearing will take place in front of the undersigned on June 12, 2026 at 1:00 p.m. in Courtroom 5B.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
UNITED STATES MAGISTRATE JUDGE