# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-cr-00081 |
| | ) | |
| JOSIAH ERNESTO GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On June 11, 2026, the Court held a hearing on the Petition for Warrant for Offender on Probation. (Doc. No. 198) ("Petition"). The Petition alleges that Defendant violated the terms of his probation by: (1) being terminated from Diersen Charities, Inc, due to non-compliance with certain policies ("Violation 1"); and (2) failing to participate in mental health treatment as instructed ("Violation 2"). (Doc. No. 198). On the record, Defendant waived his right to an evidentiary hearing and conceded Violation 1. The Court conducted an evidentiary hearing on the alleged Violation 2, which Defendant contested. For the reasons stated on the record, the Court finds that Violation 2 is established by a preponderance of the evidence. Accordingly, Defendant is adjudged **GUILTY** of Violations 1 and 2.

For the reasons stated on the record and after applying the 18 U.S.C. § 3553(a) factors, Defendant's probation is hereby **REVOKED**. Defendant is **SENTENCED** to **30 MONTHS OF IMPRISONMENT** followed by three years of supervised release under the same terms and conditions stated in the Presentence Investigation Report. The Court recommends to the Bureau of Prisons that Defendant be placed in a facility closest to that offers mental health treatment, Cognitive Behavioral Therapy, and Adult Education.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

2